IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVANNAH D. BYERS, Individually and as Executrix of the Estate of ERIC S. BYERS, deceased, *et al.* | : : : : | Civil No. 1:20-CV-02110 |
| Plaintiffs, | : : | |
| v. | : : | |
| FINISHING SYSTEMS, INC., *et al.*, | : : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 17th day of May, 2022, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) Defendant Finishing Systems, Inc.'s motion to dismiss and strike is **DENIED**. (Doc. 19.)

2) Defendant BFPE International's motion to strike is **DENIED** and its motion to dismiss is **GRANTED IN PART AND DENIED IN PART**. (Doc. 83.) Specifically, Plaintiff Savannah D. Byers and Cynthia L. Barnes' claims for loss of life's pleasures are **DISMISSED WITH PREJUDICE.**

3) Defendant Schweitzer & Crosson, Inc.'s motion to dismiss is **DENIED**. (Doc. 56.)

4) Defendant Carlisle Fluid Technologies, Inc.'s motion to dismiss is

   **DENIED**.  (Doc. 100.)

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
