# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVANNAH D. BYERS, *et al.*, | : | Civil No. 1:20-CV-02110 |
| Plaintiffs, | : | |
| v. | : | |
| FINISHING SYSTEMS INC., *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 31st day of March, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** the motion for summary judgment included in the supplemental brief filed by Defendant Carlisle Fluid Technologies ("Carlisle"), Doc. 400, is **GRANTED**. Accordingly, the Clerk of Court is directed to enter **JUDGMENT** in favor of Carlisle on counts XXXI and XVII of the amended complaint.[1] The Clerk of Court shall then close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[1] Although labeled Count XVII, this count appears immediately following Count XXXI. (Doc. 3, pp. 133–35.)